IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Slaughter, Calondra C | Case Number: 06 B 08718 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 7/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 19, 2008
Confirmed:  September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,793.32 |  |
| Secured: |  | 4,697.23 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,726.85 |
| Trustee Fee: |  | 369.24 |
| Other Funds: |  | 0.00 |
| Totals: | 6,793.32 | 6,793.32 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,790.00 | 1,726.85 |
| 2. | 77th St Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | Chase Automotive Finance | Secured | 13,609.75 | 4,697.23 |
| 4. | Chase Automotive Finance | Unsecured | 47.50 | 0.00 |
| 5. | 77th St Depot Federal Credit Union | Unsecured | 79.61 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 58.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 102.31 | 0.00 |
| 8. | National Recoveries Inc | Unsecured | 27.21 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 11.01 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 69.33 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 63.93 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 32.50 | 0.00 |
| 13. | US Bank | Unsecured | 34.10 | 0.00 |
| 14. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 15. | National Recoveries Inc | Unsecured |  | No Claim Filed |
| 16. | 77th St Depot Federal Credit Union | Unsecured |  | No Claim Filed |
| 17. | Acute Care Specialists | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| 21. | FNB Brooking | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 25. | Oak Park Public Library | Unsecured |  | No Claim Filed |
| 26. | PRT | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Slaughter, Calondra C

Printed: 12/23/08

Case Number: 06 B 08718
Judge: Wedoff, Eugene R
Filed: 7/21/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 28. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 29. | Professional Credit Services | Unsecured | | No Claim Filed |
| 30. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 31. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 32. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 33. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 34. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 35. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 36. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 37. | West Suburban Hospital | Unsecured | | No Claim Filed |
| | | | $ 16,925.25 | $ 6,424.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 100.07 |
| 5.4% | 181.85 |
| 6.5% | 77.27 |
| 6.6% | 10.05 |
| | $ 369.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

